IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In Re MEDICIS PHARMACEUTICAL CORP. SECURITIES LITIGATION

No. CV-08-1821-PHX-GMS
No. CV-08-1870-PHX-GMS
No. CV-08-1964-PHX-GMS
(Consolidated)

**ORDER**

Pursuant to the Joint Notice of Settlement and Request to Stay Pending Matters (Doc. 133), and good cause appearing,

**IT IS HEREBY ORDERED** that all pending matters are stayed until further order of the Court and that the parties shall have through and including **September 16, 2011** to submit a settlement agreement for preliminary approval.

DATED this 20th day of July, 2011.

G. Murray Snow
United States District Judge