# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| In Re: Medicis Pharmaceutical Corp. Securities Litigation | Case No. CV-08-1821-PHX-GMS **ORDER** |
|---|---|

Pursuant to the parties' Stipulation to Extend Time to Submit the Stipulation of Settlement (Doc. 135), and for good cause shown,

IT IS HEREBY ORDERED that the time for parties to submit their stipulation of settlement for preliminary approval is extended up to and through **September 21, 2011**.

Dated this 15th day of September, 2011.

_____
G. Murray Snow
United States District Judge

13736605.1