**SUSAN MARTIN (AZ#: 014226)**
**JENNIFER KROLL (AZ#: 019859)**
**MARTIN & BONNETT PLLC**
1850 North Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone:  (602) 240-6900
Facsimile:  (602) 240-2235
smartin@martinbonnett.com
jkroll@martinbonnett.com

**JEREMY A. LIEBERMAN**
(*pro hac vice*)
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue, 16th Floor
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:     (212) 661-8665
jlieberman@pomlaw.com

PATRICK V. DAHLSTROM
(*pro hac vice*)
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:    (312) 377-1181
Facsimile:      (312) 377-1184
pdahlstrom@pomlaw.com

**Attorneys for Lead Plaintiff Steven Rand**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE MEDICIS PHARMACEUTICAL CORP. SECURITIES LITIGATIOIN | Master File No. CV -08-01821-PHX-GMS<br><br>**Motion to Exceed Page Limit on Plaintiff's Motion for Motion in Support of Final Approval of Proposed Settlement and Plan of Allocation and Memorandum of Points and Authorities in Support Thereof**<br>**and**<br>**Motion to Exceed Page Limit on the Motion for Attorneys' Fees, Expenses, and Class Plaintiff Compensatory Awards, and Memorandum of Points and Authorities in Support** |

1

Lead Plaintiff, Steven Rand, by and through undersigned counsel, hereby moves to exceed the page limit on Plaintiff's Motion for Final Approval of Proposed Settlement and Plan of Allocation and Memorandum of Points and Authorities in Support Thereof by 10 pages, (Doc. 142), for a total of 27 pages.  Plaintiff also moves to exceed the page limit on Plaintiff's Motion for Attorneys' Fees, Expenses, and Class Plaintiff Compensatory Awards, and Memorandum of Points and Authorities in Support Thereof, (Doc. 150), by a total of 5 pages for a total of 22 pages.

The proposed final settlement is proposed settlement of complex securities claims. Plaintiff believes that additional pages are necessary to fully apprise the Court of the nature of the settlement and to fully discuss all of the factors concerning final approval of the class settlement agreement and all of the factors for determining the request for attorneys' fees and costs and compensation to the class Plaintiffs.

Accordingly, Plaintiff respectfully requests permission to exceed the page limitation on the Motion for Final Approval of the Proposed Settlement by an additional 10 pages for a total of 27 pages (exclusive of the table of contents and authorities). Plaintiff also respectfully requests permission to exceed the page limit on Plaintiff's Motion for Attorneys' Fees, Expenses, and Class Plaintiff Compensatory Awards, and Memorandum of Points and Authorities in Support Thereof by a total of 5 pages for a total of 22 pages (exclusive of the table of contents and authorities).

Respectfully submitted this 20th day of January, 2012.

                                **MARTIN & BONNETT, P.L.L.C.**
                                By: s/ Jennifer Kroll
                                Susan Martin
                                Jennifer Kroll
                                1850 N. Central Avenue
                                Suite 2010
                                Phoenix, Arizona 85004
                                Telephone: (602) 240-6900

Facsimile: (602) 240-2345

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman (*admitted pro hac vice*)
R. James Hodgson (*admitted pro hac vice*)
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom (*admitted pro hac vice*)
Joshua B. Silverman
Leigh H. Smollar
Ten South LaSalle Street
Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
*Counsel for Lead Plaintiff Steve Rand
and Plaintiff Darlene Oliver*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel P. Hoxie
Joseph G. Adams
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Brian E. Pastuszenski
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Blake E. Williams
John D. Cooke
Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111

Lloyd Winawer
Goodwin Proctor LLP
135 Commonwealth Drive
Menlo Park, CA 94025-1105

Don P. Martin
Nicole France Stanton
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

 s/T. Mahabir