1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

)   Lead Case No.  CV-08-1821-PHX-GMS
)   No. CV-08-1870-PHX-GMS
)   No. CV-08-1964-PHX-GMS
)   (Consolidated)
**IN RE MEDICIS PHARMACEUTICAL**)
**CORP. SECURITIES LITIGATIOIN**  )   **ORDER**
)
)
)
)
)
)
)
)
)

The Court having considered Plaintiff's combined Motion to Exceed Page Limit on Plaintiff's Motion for Motion in Support of Final Approval of Proposed Settlement and Plan of Allocation and Memorandum of Points and Authorities in Support Thereof and  Motion to Exceed Page Limit on the Motion for Attorneys' Fees, Expenses, and Class Plaintiff Compensatory Awards, and Memorandum of Points and Authorities in Support (Doc. 152) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exceed Page Limit (Doc. 152) is granted and Plaintiff may exceed the page limit on Plaintiff's Motion for Final Approval of the Proposed Settlement, (Doc. 142), by an additional 10 pages for a total of 27 pages (exclusive of the table of contents and authorities) and that Plaintiff may exceed

1

1  the page limit on Plaintiff's Motion for Attorneys' Fees, Expenses, and Class Plaintiff

2  Compensatory Awards, and Memorandum of Points and Authorities in Support Thereof,

3  (Doc. 150),by a total of 5 pages for a total of 22 pages (exclusive of the table of contents

4  and authorities).

5          Dated this 27th day of January, 2012.

6

7          *A. Murray Snow*

8                    G. Murray Snow
                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28